Argued and submitted December 12, 1980, reversed March 30, reconsideration denied June 4, petition for review June 23, 1981 (291 Or 151)

# STATE OF OREGON,
*Respondent,*

*v.*

# BENNIE EDDIE MCDONALD,
*Appellant.*

(No. 37620, CA 18235)

626 P2d 1

Diane L. Alessi, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Virginia L. Linder, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were James M. Brown, Attorney General, John R. McCulloch, Jr., Solicitor General, and William F. Gary, Deputy Solicitor, Salem.

Before Joseph, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals from his conviction for driving a motor vehicle while his operator's license was suspended (ORS 487.560) and claims as error that the copies of documents from the Motor Vehicle Division were not properly certified and therefore were inadmissible.

At trial the state introduced a copy of the suspension order issued to defendant and a copy of the mailing certificate showing that defendant had received notice of the suspension order. The documents and the certifications on each were photocopies. None of the photocopied certifications contained an original signature. In *State v. Turner,* 51 Or App 113, 624 P2d 1089 (1981), we concluded under similar facts that the documents were not properly certified. ORS 43.470(1).

Reversed.